IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | ) | |
| INFORMATION ASSOCIATED WITH | ) | UNDER SEAL |
| FACEBOOK ACCOUNT NUMBER USER | ) | |
| ID NUMBER 855875108 STORED AT | ) | |
| PREMISES CONTROLLED BY FACEBOOK | ) | |

10-423-M-01

**FILED**

AUG - 4 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**ORDER**

Upon consideration of the motion to seal the application and affidavit in support of the above-captioned Search Warrant, it is this __4th__ day of August, 2010,

**ORDERED**, that the Government's Motion is hereby **GRANTED** and the application and affidavit in support of the above-captioned Search Warrant be sealed until further order of the Court.

_____
HON. ALAN KAY
UNITED STATES MAGISTRATE JUDGE