AO 93 (Rev 01/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
## for the
## District of Columbia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 10-423-M-01
)
In the Matter of the Search of Information Associated )
with Facebook Account number User ID Number )
855875108 Stored at Premises Controlled by Facebook )

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before    AUG 18 2010
                                                        *(not to exceed 10 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Alan Kay                                          .
        *(name)*

☑ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☑ for  30  days *(not to exceed 30)*.
                                    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  AUG -4 2010  9:50 AM                    /s/ Alan Kay
                                                                *Judge's signature*

City and state:  District of Columbia                          U.S. Magistrate Judge Alan Kay
                                                                *Printed name and title*

AO 93 (Rev 01/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 10-423-M-01 | 8/4/2010 - 1200 hrs | Facebook Subpoena Compliance at - Emailed to Subpoena@Facebook.com |

Inventory made in the presence of:
Bureau of Diplomatic Security, Special Agent Lee Rowland

Inventory of the property taken and name of any person(s) seized:

Received account information from Facebook on 8/14/2010 (POC - Facebook Subpoena Compliance Officer Molly Newman)

Account information entered into evidence at Bureau of Diplomatic Security Computer Investigations and Forensics Branch on 8/26/2010. (CIF-09134)

FILED

SEP 15 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/15/2010

_Executing officer's signature_
Special Agent Lee Rowland
_Printed name and title_