UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 2 4 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IN RE SEARCH WARRANT : Mag. Case 10-423-M-01

## ORDER TO UNSEAL

Upon motion of the United States, by and through its attorney, to unseal the search warrant (Mag. Case 10-423-M-01) and accompanying search warrant application, and having found that the sealing of these materials in this matter are no longer necessary to preserve the integrity of an ongoing criminal investigation, the motion is hereby GRANTED, and the search warrant and accompanying materials filed previously in this matter shall be unsealed.

So ORDERED, this 24 day of August, 2011.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE